**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY RAYMOND BLOW,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>DENNIS SMITH,<br><br>　　　　　Respondent.<br>_____/ | 1:08-cv-00363 OWW SMS HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO TERMINATE ACTION<br><br>[Doc. 4] |

　　　　Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

　　　　On March 24, 2008, the Magistrate Judge issued Findings and Recommendation that the Petition for Writ of Habeas Corpus be DISMISSED.  This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.  Over thirty (30) days have passed and no party has filed objections.

　　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　The Findings and Recommendation issued March 24, 2008, is ADOPTED IN
　　　　　　　FULL;

    2.      The Petition for Writ of Habeas Corpus is DISMISSED; and,

    3.      The Clerk of the Court is DIRECTED to enter judgment.  This terminates this action in its entirety.

IT IS SO ORDERED.

**Dated:**   **May 15, 2008**                            **/s/ Oliver W. Wanger**
                                                          UNITED STATES DISTRICT JUDGE